UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE ALVAREZ,                        No. C 12-5623 SI (pr)

      Petitioner,                       **ORDER EXTENDING DEADLINES**

    v.

CONNIE GIPSON, warden,

      Respondent.
                                       /

Respondent has filed an *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Gregory Ott, the court GRANTS respondent's request. (Docket # 8.) The court now sets the following new briefing schedule: On or before **October 18, 2013**, respondent must file and serve a motion to dismiss the petition or a notice that respondent is of the opinion that a motion to dismiss is unwarranted. On or before **November 22, 2013**, petitioner must file and serve his opposition to the motion to dismiss. On or before **December 6, 2013**, respondent must file and serve his reply brief, if any.

    IT IS SO ORDERED.

DATED: September 4, 2013

                                                       SUSAN ILLSTON
                                                  United States District Judge