UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE J. ALVAREZ, | No. C 12-5623 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| CONNIE GIPSON, Warden, | |
| Respondent. | |

The petition for writ of habeas corpus is dismissed because it was not filed before the expiration of the habeas statute of limitations period.

IT IS SO ORDERED AND ADJUDGED.

DATED: March 12, 2014

_____
SUSAN ILLSTON
United States District Judge